IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00024-MSK-MEH

BARBARA AGOSTO,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2008.**

    The Joint Motion to Vacate Settlement Conference [filed June 24, 2008; doc #24] is **granted**. The parties are invited to contact my Chambers at (303) 844-4507 for any assistance they desire in attempting to resolve this matter.